IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**DERRICK JERMAINE HARVEY,** :
    Petitioner :
  : No. 1:21-cv-02150
    v. :
  : (Judge Kane)
**WARDEN/SUPERINTENDENT** :
**OF USP CANAAN,** :
    Respondent :

# ORDER

**AND NOW,** on this 24th day of June 2022, upon consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. No. 1), and for the reasons that are set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The § 2241 petition (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                                  s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania